AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

VERNARD PEARSEY,

   Petitioner.

                            v.

UNITED STATES OF AMERICA,

   Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:16-cr-005

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated April 15, 2026, the Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court.  Therefore, Petitioner's 28 U.S.C. § 2255

motion is dismissed for lack of jurisdiction.  Further, Petitioner is denied a certificate of

appealability and in forma pauperis status on appeal.  This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

April 16, 2026
Date



John E. Triplett, Clerk of Court
Clerk

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020